# Court of Appeals
# of the State of Georgia

ATLANTA,  June 11, 2025

*The Court of Appeals hereby passes the following order:*

## A25D0406. KIM CAMILLE FLORENCE v. JERRIE DEAN RYLES FLORENCE.

Kim Camille Florence filed an application for an arrest warrant under OCGA § 17-4-40. The Municipal Court of Columbus, Muscogee County, denied the application. Florence then filed an application for discretionary appeal with this Court.

Under OCGA § 5-6-34 (a) (1), a party may file a direct appeal from "[a]ll final judgments, that is to say, where the case is no longer pending in the court below, except as provided in Code Section 5-6-35." It does not appear that any provision of OCGA § 5-6-35, the discretionary appeal statute, applies here. Rather, it appears that the trial court's denial of Florence's warrant application may be appealed directly. See *McIntosh v. Gordy*, 308 Ga. App. 405 (707 SE2d 609) (2011) (considering on direct appeal the denial of an application for an arrest warrant).

We will grant an otherwise timely application for discretionary appeal if the lower court's order is subject to direct appeal.[1] See OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED. Florence shall have ten days from the date of this order to file a notice of appeal with the trial court if she has not already done so. The clerk of the municipal court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*   06/11/2025

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*

---

[1] Generally, a final order from the Municipal Court of Columbus is subject to direct appeal to this Court. See Ga. L. 1983, pp. 4443, 4454, § 33 (c); see also OCGA § 5-3-4 (b) (2).